**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FESTUS OKWUDILI OHAN, | No. 23-35435 |
| Plaintiff-Appellant, | D.C. No. 3:22-cv-00266-RRB |
| v. | |
| ZION; ISREAL; SAUDI ARABIA; EUROPIAN UNION; UNITED STATES OF AMERICA, | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the District of Alaska
Ralph R. Beistline, District Judge, Presiding

Submitted May 29, 2024**

Before:    FRIEDLAND, BENNETT, and SANCHEZ, Circuit Judges.

Festus Okwudili Ohan appeals pro se from the district court's judgment

dismissing his action related to purported takings of his property, among other

things.  We have jurisdiction under 28 U.S.C. § 1291.  We affirm.

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

In his opening brief, Ohan failed to address the grounds for dismissal and has therefore forfeited his challenge to the district court's order. *See Indep. Towers of Wash. v. Washington*, 350 F.3d 925, 929 (9th Cir. 2003) (explaining that "we cannot manufacture arguments for an appellant and therefore we will not consider any claims that were not actually argued in appellant's opening brief" (citation and internal quotation marks omitted)).

All pending motions are denied.

**AFFIRMED.**